Judge's Chambers

# United States Bankruptcy Court

### Eastern District Of Virginia
701 East Broad Street, Fifth Floor
Richmond, Virginia 23219-1888

**KEVIN R. HUENNEKENS**  (804) 916-2450
Judge  Kevin_Huennekens@vaeb.uscourts.gov

July 22, 2015

RICHMOND DIVISION
FILED
JUL 2 2 2015
CLERK
U.S. BANKRUPTCY COURT

**BY HAND DELIVERY**

Robert B. Van Arsdale
Assistant U. S. Trustee
701 East Broad Street, Suite 4304
Richmond, VA 23219

    RE:    Shanika F. Booker, Chapter 7 Case No. 15-31946
              Barbara Slater, Chapter 7 Case No. 15-31945
              Diane H. Clemons, Chapter 7 Case No. 15-32694

Dear Robert:

    Enclosed please find a copy of correspondence received in chambers yesterday from Kenneth Paciocco. I am directing the Clerk's Office to docket this submission in each of the above-captioned cases. As you were not copied on the correspondence, I am forwarding this to you for your file.

                            Very truly yours,

                            /s/

                            Kevin R. Huennekens

/jbc

Enclosure

cc:    Kenneth Paciocco (w/o enclosure)